**[J-88-2016]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 80 MAP 2015 |
| | : | |
| Appellee | : | Appeal from the Order of the Superior |
| | : | Court dated March 9, 2015 at No. 1900 |
| | : | MDA 2013 affirming the Order of the |
| v. | : | Court of Common Pleas of York County, |
| | : | Criminal Division, dated July 15, 2013 at |
| | : | No. CP-67-CR-0001394-2012 |
| ROBERT LEE DUVALL, | : | |
| | : | ARGUED:  September 14, 2016 |
| Appellant | : | |

## ORDER

**PER CURIAM**                                            **DECIDED:  February 22, 2017**

AND NOW, this 22nd day of February, 2017, the appeal is dismissed as having been **IMPROVIDENTLY GRANTED**.

Justice Wecht dissents.